**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6271**

———————————

In Re: KEVIN RAY FOWLER,

                                                            Petitioner.

———————————

On Petition for Writ of Mandamus.  (CA-98-24-3)

———————————

Submitted:  April 13, 2000          Decided:  April 21, 2000

———————————

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Kevin Ray Fowler, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin Ray Fowler has filed a petition for a writ of mandamus. He seeks to have this court direct the district court to inform him of the status of his motion to reconsider and to toll his time to respond to the disposition of that motion. Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary situations. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus relief is only available when there are no other means by which the relief sought could be granted. See In re Beard, 811 F.2d at 826.

Fowler has been informed that the district court denied his motion for reconsideration, and the district court cannot now extend or reopen the appeal period. See Fed. R. App. P. 4(a)(5), (6). To the extent that Fowler is seeking an order compelling the district court to dispose of his pending supplemental motion for reconsideration, the delay has not been so extraordinary to necessitate such relief. Accordingly, Fowler has not shown a clear right to the any of the relief sought. Although we grant Fowler's motion to proceed in forma pauperis, we deny his petition for mandamus relief. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED